**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Edwin Frias Lopez,<br>Petitioner<br>v.<br>John Mattos, et al.,<br>Respondents | Case No.: 2:26-cv-02403-JAD-EJY<br>**Order Granting Habeas Petition**<br>[ECF No. 10] |

Petitioner Edwin Frias Lopez seeks release from immigration detention, contending that his arrest warrant was never served, the notice of intent to issue a final administrative removal order in his case was submitted by officials who lacked the authority to make those findings, and that his detention following entry of his final removal order violates due process.[1] In response, the federal respondents "incorporate by reference their previously filed Notice Regarding Class Membership," which argued solely that Lopez was subject to pre-removal detention under 8 U.S.C. § 1226(c).[2] The respondents thus don't respond to Lopez's arguments that his post-removal-order detention, which is governed by 8 U.S.C. § 1231, is constitutionally deficient. The respondents' failure to respond constitutes a concession that Lopez's petition should be granted.[3] So I grant the petition and order that Lopez be released.

---

[1] ECF No 10.

[2] ECF No. 13 (citing ECF No. 8).

[3] *See Rodriguez v Mullin*, 2026 WL 895685, at *4 (D. Nev. Apr. 1, 2026) (citing *United States v. Dreyer*, 804 F.3d 1266, 1277 (9th Cir. 2015) (en banc)).

## Conclusion

IT IS THEREFORE ORDERED that Edwin Frias Lopez's amended habeas petition **[ECF No. 10] is GRANTED. Petitioner Edwin Frias Lopez must be released from detention within four days of this order.**

IT IS FURTHER ORDERED that respondents must file and serve on defense counsel:

(1) notice of the date, time, and location of Lopez's release at least 24 hours before the release is set to occur; and

(2) within five days of this order, notice that Lopez's release was effectuated.

IT IS FURTHER ORDERED that counsel for respondents is directed to immediately provide notice of this order to the restrained parties they represent.

The Clerk of Court is directed to SEND a copy of this order to the Warden of the Nevada Southern Detention Center in Pahrump, Nevada and CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
October 2, 2026